1024

## NORRIS v. STATE.
### No. 18806.

Court of Criminal Appeals of Texas.
Feb. 17, 1937.

Gray & Pope, of Tyler, for appellant.
Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for felony theft, punishment being three years in the penitentiary.

The indictment is good. The record contains no statement of facts or bills of exception. In such condition nothing is presented for review.

The judgment is affirmed.

## HENRY v. STATE.
### No. 18814.

Court of Criminal Appeals of Texas.
Feb. 17, 1937.

Ramsey & Ramsey, of San Augustine, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for theft of cattle; punishment, two years in the penitentiary.

The record is here without statement of facts or bills of exceptions. All matters of procedure appear regular.

The judgment is affirmed.

## DUNN v. STATE.
### No. 18813.

Court of Criminal Appeals of Texas.
Feb. 17, 1937.

Stone Wells, of Henderson, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is robbery; penalty assessed at confinement in the penitentiary for five years.

The record is before us without statement of facts or bills of exception, in the absence of which nothing is presented for review.

The judgment is affirmed.